Clear Form

**FILED**

DEC 26 2025

*SM*

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Tarani-Alike Johnson, Robert-Kenji Laurie, V.A.L a minor, LT.L, et al )
                                                                      )  **CV 25 10992 KAW**
                                                                      )
                       Plaintiff,                                     )  CASE NO. _____
                                                                      )
          vs.                                                         )  **APPLICATION TO PROCEED**
                                                                      )  **IN FORMA PAUPERIS**
Wells Fargo Bank, N.A, Veronica Garcia, Martha E. Von Rosenstiel      )  (Non-prisoner cases only)
Powers Kirn, LLC, Womble Bond Dickinson LLP, Ros Cane, LLC,           )
Reed Smith LLP                       Defendant.                       )

         Robert-Kenji Laurie
I, ___Tarani-Alike Johnson___, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? *Self-employed*   Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.

2 | _____

3 | _____

4 | _____

5 | 2.    Have you received, within the past twelve (12) months, any money from any of the

6 | following sources:

7 |     a.    Business, Profession or           Yes ✓  No ___

8 |             self employment?

9 |     b.    Income from stocks, bonds,          Yes ___ No ✓

10 |             or royalties?

11 |     c.    Rent payments?                            Yes ___ No ✓

12 |     d.    Pensions, annuities, or              Yes ___ No ✓

13 |             life insurance payments?

14 |     e.    Federal or State welfare payments,      Yes ___ No ✓

15 |             Social Security or other govern-

16 |             ment source?

17 | If the answer is "yes" to any of the above, describe each source of money and state the amount

18 | received from each.

19 | _____

20 | _____

21 | 3.     Are you married?                             Yes ✓ No ___

22 | Spouse's Full Name: _Robert Kenji_____

23 | Spouse's Place of Employment: _Self-Employed_____

24 | Spouse's Monthly Salary, Wages or Income:

25 | Gross $_____ Net $_____

26 | 4.    a.    List amount you contribute to your spouse's support: $_____

27 |     b.    List the persons other than your spouse who are dependent upon you for support

28 |             and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

_____

_____

5.  Do you own or are you buying a home?      Yes ____ No _✓__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.  Do you own an automobile?      Yes ____ No ____

Make _Ford Fusion_   Year _2017_   Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.  Do you have a bank account?  Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s):  $ _____

Do you own any cash?  Yes _X_ No ____ Amount: $ _50.00_

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)      Yes ____ No ____

_See Attached_____

8.  What are your monthly expenses?

Rent: $ _N/A_____ Utilities: _450.00_

Food: $ _550.00_____ Clothing: _300.00 & Medical_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9.  Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.  Do not include account numbers.)

_____

- 3 -

1

2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ____   No ✓____
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  _____
7  _____
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.

10
11  _12/26/2025_____        _Johnson /alani-Alike_____
12       DATE                              SIGNATURE OF APPLICANT

☐ Unemployed

☐ Retired

☐ Disabled

8. If employed or self-employed, my employer/business name is: $1500

9. My gross monthly income (before taxes and deductions) is: $18,000.00

10. My spouse's gross monthly income (if applicable) is: $1,000.00

11. Other sources of income I receive (Social Security, disability, unemployment, public assistance, child support, etc.): Employed

12. TOTAL MONTHLY INCOME (add lines 9, 10, and 11): $2,500.00

### III. HOUSEHOLD INFORMATION

13. Number of people in my household (including myself): __4_ (myself, spouse, and two minor children)

14. Number of dependents I support: _2_ (two minor children)

### IV. MONTHLY EXPENSES

15. My monthly expenses are approximately:

   Rent or mortgage: $_N/A_

   Utilities (electric, gas, water, phone): $_450.00_

   Food and household supplies: $__550.00_

   Medical and dental expenses: $__300.00_

   Transportation (car payment, insurance, gas, public transit): $_350.00_

   Clothing: $_200.00

   Child care/school expenses: $_300.00_

   Insurance (health, life, auto, home): $_150.00_

   Taxes (if not deducted from paycheck): $_N/A_

   Debt payments (credit cards, loans): $__25.00_

   Other (specify): $_____

   TOTAL MONTHLY EXPENSES: $_2,325.00_

## V. ASSETS

16. My assets are:

   Cash on hand: $ 50.00

   Checking account balance: $ 200.00

   Savings account balance: $ 50.00

   Other bank accounts: $_____

   Stocks, bonds, or other investments: $ N/A

   Real property (home at 2285 Bryn Mawr Avenue): Value: $1,000,000 [under foreclosure threat]

   Automobiles (year, make, model, value): 2017, Ford Fusion

   Other personal property (jewelry, electronics, furniture): $ 200.00


   TOTAL ASSETS: $ 1,000,500.00

17. Amount of debts owed: $ 350.00

## VI. SPECIAL CIRCUMSTANCES

18. I am unable to pay the court filing fees and costs due to the following circumstances:

   a. I have been subjected to a fifteen-year wrongful foreclosure that has caused severe financial hardship to my family.

   b. I have been unable to obtain business financing or pursue business opportunities due to fraudulent liens and damaged credit caused by the wrongful foreclosure.

   c. I have incurred substantial expenses defending against the wrongful foreclosure over fifteen years, including filing fees, attorney fees, and related costs.

   d. I was forced to remove my daughter from private school mid-semester due to financial constraints caused by this foreclosure.

   e. My son has special needs and requires specialized services that are costly.

   f. I am under threat of losing my family home worth $1,000,000 on January 6, 2026, which would result in catastrophic financial and emotional harm to my family.

   g. My income and assets, after necessary living expenses for a family of four (including two minor children, one with special needs), do not allow me to pay the $402.00 filing fee without depriving my family of necessities such as food, shelter, and medical care.