RECEIVED

DEC 26 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

TARANI A. JOHNSON, et al.,
   *Plaintiffs,*

v.

WELLS FARGO BANK, N.A., et al.,
   *Defendants.*

CV 25 10992 KAW

CASE NO. _____

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

THIS MATTER having come before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order, and the Court having reviewed the Motion, the Declaration of Tarani-Alike Johnson, the Verified Complaint, and all supporting documents, and good cause appearing,

IT IS HEREBY ORDERED that:

1. Plaintiffs' Emergency Motion for Temporary Restraining Order is GRANTED.

2. Defendants Wells Fargo Bank, N.A., RAS Crane, LLC, and all persons acting in concert with them or at their direction, are hereby TEMPORARILY RESTRAINED AND ENJOINED from:

 a. Conducting, proceeding with, or completing the sheriff's sale scheduled for January 6, 2026, of the property located at 2285 Bryn Mawr Avenue, Philadelphia, Pennsylvania 19131;

 b. Scheduling any new sheriff's sale of the Property;

 c. Executing on the Property or taking any steps to enforce the alleged judgment, verdict, or lien;

 d. Transferring, conveying, or encumbering title to the Property;

 e. Taking any action that would interfere with Plaintiffs' possession, use, or ownership of the Property.

3. This Temporary Restraining Order shall remain in effect for fourteen (14) days from the date of this Order, unless extended by the Court.

4. A hearing on Plaintiffs' Motion for Preliminary Injunction is hereby SCHEDULED for _____, 2026, at _____ a.m./p.m. in Courtroom _____.

5. No bond is required. The Court finds that Plaintiffs have demonstrated: (a) a likelihood of success on the merits (the state court has ruled there is no judgment); (b) immediate and irreparable harm (loss of family home on January 6, 2026); (c) the balance of equities tips in Plaintiffs' favor; and (d) the public interest favors preventing foreclosure based on a non-existent judgment.

6. Plaintiffs shall serve a copy of this Order on Defendants forthwith by the most expeditious means available, including email, fax, and overnight mail.

7. This Order may be served by any means authorized by Federal Rule of Civil Procedure 4 or by any method reasonably calculated to provide notice to Defendants.

Dated: _____, 2025

_____
UNITED STATES DISTRICT JUDGE