# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Tarani-Alike Johnson**, et al.,

      Plaintiffs,

v.                                            **CASE NO**. **25-cv-10992-HSG**

**WELLS FARGO BANK, N.A**., et al.,

      Defendants.

_____

## DECLARATION OF SERVICE
## PURSUANT TO COURT ORDER DATED DECEMBER 29, 2025

I, Tarani-Alike Johnson, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am the Plaintiff in this action and make this declaration based on my own personal knowledge.

2. On December 29, 2025, this Court entered an Order (Docket No. 9) directing me to electronically serve certain documents on Defendants by 5:00 p.m. Pacific time on Tuesday, December 30, 2025.

3. On December 30, 2025, at approximately 4:44pm Pacific time (7:44 pm Eastern Standard time), I electronically served the following documents on Defendants Wells Fargo Bank, N.A. by way of its purported counsel, Michael Troy Freedman, Esq.:

    a. The Court's Order dated December 29, 2025 (Docket No. 9);

    b. The Verified Complaint (Docket No. 1);

    c. The Motion for Temporary Restraining Order (Docket No. 3), including all exhibits and supporting documents.

    d. The Proposed Order for Temporary Restraining Order

4. I served these documents via email to the following recipients:

  a. Michael Troy Freedman, Esq.

   Email: tfreedman@raslg.com

   (Mr. Freedman is identified in the December 2, 2025 notice of sheriff's sale as counsel for Wells Fargo Bank, N.A.)

  b. Kevin Woodruff (cc'd as independent witness to service)

   Email: woodruffkevin99@yahoo.com

5. Attached hereto as Exhibit A is a true and correct copy of the email I sent with the documents attached, showing the date, time, and recipients.

6. I copied Kevin Woodruff, an independent third party, on the service email as a witness to confirm timely delivery before the Court's 5:00 p.m. Pacific deadline on December 30, 2025.

7. Attached hereto as Exhibit B is a verification from Kevin Woodruff as proof to confirm that the email was successful sent and delivered, especially since Kevin is in the Pacific time zone.

8. I served these documents in full compliance with this Court's December 29, 2025 Order and before the 5:00 p.m. Pacific time deadline on December 30, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: December 31, 2025

At: Bala Cynwyd, Pennsylvania

Bye: /cs/s: Johnson, tarani-alike, Master Agent

Tarani-Alike Johnson

45 East City Avenu, Suite 503, Bala Cynwyd, PA