# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**Tarani-Alike Johnson**, et al.,

        Plaintiffs,

v.                                                                            **CASE NO**. **25-cv-10992-HSG**

**WELLS FARGO BANK, N.A**., et al.,

        Defendants.

_____

## DECLARATION OF KEVIN PAUL WOODRUFF
## AS INDEPENDENT WITNESS TO ELECTRONIC SERVICE

I, Kevin Paul Woodruff, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an adult over the age of 18 and am competent to testify to the matters set forth herein. I make this declaration based on my own personal knowledge.

2. I am not a party to this litigation. I have no financial interest in the outcome of this case. I am providing this declaration solely as an independent witness to verify the facts surrounding electronic service of court documents.

3. My relationship to Plaintiff Tarani-Alike Johnson is: friend, whom I know personally.

4. On December 30, 2025, Ms. Johnson asked me to serve as a witness to verify that she electronically served certain court documents on Defendants pursuant to a Court Order. I agreed to do so.

5. On December 30, 2025, at approximately 7:44 p.m. Eastern Standard Time (which is 4:44 p.m. Pacific Standard Time), I received an email from Ms. Johnson at my email address: woodruffkevin99@yahoo.com.

6. I was copied (cc'd) on an email that Ms. Johnson sent to M. Troy Freedman, Esq. at the email address: tfreedman@raslg.com.

7. The email had the subject line: "Court Ordered Electronic Service Regarding Plaintiff's ExParte Motion - 25-cv-10992."

8. The email contained the following attachments, which I was able to view and verify were attached:

   a. A document titled "25-cv-10992-hsg-order_regarding_plaintiffs_ex_parte_motion" (the Court's Order dated December 29, 2025);

   b. A document titled "Declaration of Tarani-Alike Johnson In Support of Emergency Temporary Restraining Order";

   c. A document titled "Emergency Motion For Temporary Restraining Order";

   d. A document titled "Proposed Order Granting Temporary Restraining Order"; and

   e. A document titled "Verified Complaint for Declaratory and Injunctive Relief."

9. The body of the email stated, in relevant part:

   "Good Afternoon,

   Please see the attached Order entered by Judge Gilliam, Jr.; 25-cv-10992, of the United States District Court for Northern District of California.

   The attached document(s) were directed to be served upon you.

   Along with the above stated Order are the following documents:
   - Verified Complaint (Dkt 1)
   - Emergency Motion for Temporary Restraining Order and Preliminary Injunction
   - Declaration of Tarani-Alike Johnson In Support of Emergency Temporary Restraining Order
   - Proposed Order Granting Temporary Restraining Order

   Sincerely and in good faith,

   Tarani-Alike Johnson

   Cc: Kevin Woodruff (woodruffkevin99@yahoo.com), as witness to the electronic service by way of email."

10. Based on the timestamp on the email I received, the email was sent on Tuesday, December 30, 2025, at 7:44 p.m. Eastern Standard Time, which corresponds to 4:44 p.m. Pacific Standard Time.

11. I understand that the Court's Order dated December 29, 2025, required Tarani-Alike Johnson to electronically serve these documents on Defendants by 5:00 p.m. Pacific Standard Time on Tuesday, December 30, 2025.

12. Based on the timestamp of 4:44 p.m. Pacific Standard Time, I can confirm that Tarani-Alike Johnson electronically served the documents on Michael Troy Freedman, Esq. sixteen (16) minutes before the Court's 5:00 p.m. Pacific Standard Time deadline.

13. I am providing this declaration to serve as an independent witness that:

   a. Electronic service was completed on December 30, 2025, at 4:44 p.m. Pacific Standard Time;

   b. The service was timely, being completed 16 minutes before the Court's deadline;

   c. All required documents were attached to the email; and

   d. The email was sent to M. Troy Freedman, Esq. at tfreedman@raslg.com.

14. I have no reason to believe that the email or its attachments failed to be delivered to the intended recipient. I received the email without any delivery failure notifications or error messages.

15. I am providing this declaration voluntarily and have not been offered or received any compensation for serving as a witness or for providing this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct

Executed on: December 31, 2025

At: Antioch, California

*Bye, Kevin-Paul Woodruff*, *as witness*

Kevin Paul Woodruff

c/o 2730 W. Tregallas Road Unit #3972, California near [94509]

Phone (925)-477-9454